CROWE, APPELLANT, *v.* BUMFORD ET AL., APPELLEES.

[Cite as Crowe v. Bumford (1970), 22 Ohio St. 2d 78.]

(No. 68-361—Decided April 22, 1970.)

---

*CHIEF JUSTICE TAFT participated in this case which was, however, decided after his death.

*Mr. John L. Roof*, for appellant.
*Mr. Frank Wiedemann* and *Mr. William Wiedemann*, for appellees.

*Per Curiam.* The judgment of the Court of Appeals is reversed on authority of *Clouston* v. *Remlinger Oldsmobile Cadillac, Inc.* (1970), 22 Ohio St. 2d 65.

*Judgment reversed.*

O'NEILL, C. J., SCHNEDER, HERBERT, DUNCAN and CORRIGAN, JJ., concur.*
MATTHIAS, J., not participating.